tenance decree. Appeal from the Circuit Court of Cook county; the Hon. Donald L. Morrill, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1922. Reversed. Opinion filed December 10, 1923.

Joseph J. Kroupa, for appellant. Frank M. Padden for appellee.

Mr. Justice Johnston delivered the opinion of the court.

---

Charles G. Theleen, appellee, v. Mark F. Madden and Michael S. Madden, appellants. Gen. No. 28,190.

Action by vendor of farm to recover money retained as commission by brokers. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Frank E. Reed, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1922. Affirmed. Opinion filed December 10, 1923.

McKinley & Schmauch, for appellants; W. W. Schmauch, of counsel. Clarence T. Morse, for appellee.

Mr. Justice Johnston delivered the opinion of the court.

---

John Newman, appellee, v. Lawrence Ice Cream Company, appellant. Gen. No. 28,211.

Suit for damages for personal injuries sustained by passenger in automobile, in collision with defendant's motor truck. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Franklin H. Boggs, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1922. Affirmed. Opinion filed December 10, 1923. *Certiorari* denied by Supreme Court (making opinion final).

Bassler, Bippus, Rose & Reeve, for appellant. James Percival Pio, for appellee.

Mr. Justice Johnston delivered the opinion of the court.

---

Bishop-Hamlin Coal Company, plaintiff in error, v. William Dilley, defendant in error. Gen. No. 28,284.

Action on account for coal supplied. Judgment for defendant. Error to the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge presiding. Heard in the first division of this court for the first district at the March term, 1923, Affirmed. Opinion filed December 10, 1923.

Roy Juul, for plaintiff in error. Edward Anderson, for defendant in error.

Mr. Justice Johnston delivered the opinion of the court.

---

Horace E. Havens, appellee, v. American Cotton Oil Company, appellant. Gen. No. 28,314.

Action for breach of contract of sale of tank of pressed Soya bean oil. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. David M. Brothers, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1923. Reversed and cause remanded. Opinion filed December 10, 1923.

Davis, Ramsay, Kelly & Kracke, for appellant; Brode B. Davis and Edmund P. Kelly, of counsel. No appearance for appellee.

Mr. Justice Johnston delivered the opinion of the court.